UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 24-064 RDM |
| | : | |
| | : | |
| CHRISTOPHER TAYLOR, | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America, by and through Jack E. Burkhead, Assistant United States Attorney, and Paul Lang, counsel for the Defendant, submit the following Joint Status Report:

1. On February 20, 2024, the Court arraigned the defendant on a four-count Information that was filed on February 6, 2024. Minute Order, February 20, 2024; ECF No. 9. On that date, the Court ordered that a Joint Status Report be filed in this matter on or before April 26, 2024, and that the Status Report include any next steps and any tolling of the speedy trial clock. Minute Order, February 20, 2024.

2. The defendant is charged via Information with the following offenses: 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds); 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building); and 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

3. Case specific discovery has been provided in this case, but global discovery productions are ongoing and voluminous.

4. The United States has tendered proposed settlement offer to the defendant for consideration.

5. Counsel for the defendant requests and additional 60 days to review the discovery, conduct an investigation, and confer with his client regarding the proposed settlement.

6. Pursuant to 18 U.S.C. § 3161 (h)(1)(A), the parties request that the Court exclude related time from the Speedy Trial Act for a period of 60 days.

Respectfully submitted,

*/s/ Jack E. Burkhead*
JACK E. BURKHEAD
Assistant U.S. Attorney (detailee)
201 Third St.; Suite 900
Albuquerque, New Mexico 87103
jack.e.burkhead@usdoj.gov
NM Bar No. 10493

Approved by:

Paul Lang
Counsel for the Defendant