UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | Criminal No. 24-064 RDM |
| | : | |
| | : | |
| **CHRISTOPHER TAYLOR,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

The United States of America, by and through Jack E. Burkhead, Assistant United States Attorney, and Paul Lang, counsel for the Defendant, submit the following Joint Status Report:

1. On February 6, 2024, the United States Attorney charged the defendant via Information with the following offenses: 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds); 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building); and 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building). ECF No. 9.

2. On February 20, 2024, the Court arraigned the defendant on that Information. Minute Order, February 20, 2024; ECF No. 9. On that date, the Court ordered that a Joint Status Report be filed in this matter on or before April 26, 2024, and that the Status Report include any next steps and any tolling of the speedy trial clock. Minute Order, February 20, 2024.

3. Pursuant to the Court's February 20, 2024, Minute Order, the parties filed a Joint Status Report on April 23, 2024. ECF. No. 13. In that report, the parties advised the Court that discovery had been provided and a proposed settlement had been tendered to the defendant, however an additional 60 days was necessary for the defendant to review discovery and conduct

an investigation. *Id.* Consequently, the Court ordered that the parties file a second status report on or before June 24, 2024. Minute Order, April 24, 2024.

4. Counsel for the defendant advises that additional time is necessary to complete the investigation and confer with his client regarding the Government's proposed settlement. Consequently, the parties respectfully request an additional 45 days to allow for this completion of those tasks.

5. Pursuant to 18 U.S.C. § 3161 (h)(1)(A), the parties request that the Court exclude related time from the Speedy Trial Act for a period of 60 days.

Respectfully submitted,

*/s/ Jack E. Burkhead*
JACK E. BURKHEAD
Assistant U.S. Attorney (detailee)
201 Third St.; Suite 900
Albuquerque, New Mexico 87103
jack.e.burkhead@usdoj.gov
NM Bar No. 10493

Approved by:

Paul Lang
Counsel for the Defendant