**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 24-064 RDM |
| | : | |
| | : | |
| **CHRISTOPHER TAYLOR,** | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America, by and through Jack E. Burkhead, Assistant United States Attorney, and Paul Lang, counsel for the defendant, submit the following Joint Status Report:

1. On February 6, 2024, the United States Attorney charged the defendant via Information with the following offenses: 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds); 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building); and 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building). ECF No. 9.

2. On June 20, 2024, the Court ordered that a Joint Status Report be filed in this matter on or before August 5, 2024, and that the Status Report include any next steps and any tolling of the speedy trial clock. Minute Order, June 20, 2024.

3. The parties have reached a negotiated settlement in this case. Consequently, the parties respectfully request that the Court set this matter for a change of plea setting. Counsel for the defendant advises that the defendant consents a virtual plea setting.

4. Pursuant to 18 U.S.C. § 3161 (h)(1)(A), the parties request that the Court exclude related time from the Speedy Trial Act from August 19, 2024, until such time as the defendant enters a guilty plea.

Respectfully submitted,

 */s/ Jack E. Burkhead*
JACK E. BURKHEAD
Assistant U.S. Attorney (detailee)
201 Third St.; Suite 900
Albuquerque, New Mexico 87103
jack.e.burkhead@usdoj.gov
NM Bar No. 10493

Approved by:

Paul Lang
Counsel for the Defendant