# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 24-064 RDM |
| | : | |
| | : | |
| **CHRISTOPHER TAYLOR,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO CONDUCT VIRTUAL PLEA

The United States of America, by and through Jack E. Burkhead, Assistant United States Attorney, and Paul Lang, counsel for the defendant, submit the following Joint Motion to Conduct Virtual Plea:

1. The parties have reached a negotiated settlement in this matter. See ECF No. 16. Consequently, the Court has scheduled a plea agreement hearing for August 14, 2024, at 11:00 a.m. in Courtroom 8. Minute Order, August 1, 2024. The plea agreement in this matter will be to a misdemeanor charge.

2. The parties jointly request that this hearing be converted to a virtual setting. The defendant lives in Pennsylvania and counsel for the United States is headquartered in Albuquerque, New Mexico. Thus, it would reduce travel time and costs to convert the plea hearing to a virtual setting.

3. The United States will not be requesting any change in the defendant's conditions of release pending sentencing.

WHEREFORE, the parties respectfully requests that the Court convert the August 14, 2024 plea hearing to a virtual setting.

Respectfully submitted,

/s/ *Jack E. Burkhead*
JACK E. BURKHEAD
Assistant U.S. Attorney (detailee)
201 Third St.; Suite 900
Albuquerque, New Mexico 87103
jack.e.burkhead@usdoj.gov
NM Bar No. 10493

Approved by:

Paul Lang
Counsel for the Defendant