CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No.: 24-CR-64 RDM |
| | ) | |
| | ) | |
| CHRISTOPHER TAYLOR | ) | |
| | ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

*Jack C. Burkhead*
_____
Assistant United States attorney

Approved:

_____      Date: 8/14/24

Randolph D. Moss
United States District Judge