**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :    No. 0090 1:24CR00064-001 |
| vs. | : |
| **CHRISTOPHER TAYLOR** | : |

**DEFENDANT'S SENTENCING MEMORANDUM**

The Defendant, CHRISTOPHER TAYLOR, by and through his counsel, Paul Gregory Lang, Esquire, submits this Sentencing Memorandum for the Court's consideration and respectfully represents:

**I.    PROCEDURAL HISTORY**

On December 21, 2023, United States Magistrate Judge Zia M. Faruqui of the United States District Court for the District of Columbia issued a criminal complaint and arrest warrant for Mr. Taylor. Mr. Taylor was charged with:

> COUNT I - Entering and Remaining in a Restricted Building, in violation of Title 18, United States Code, Section 1752(a)(1)
>
> COUNT II - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of Title 18, United States Code, Section 1752(a)(2)
>
> COUNT III - Disorderly Conduct in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(D)
>
> COUNT IV - Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G)

Mr. Taylor's First Appearance was on January 23, 2024 via Zoom. The arraignment was scheduled for February 20, 2024. Mr. Taylor plead guilty to the charge of Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1). Sentencing is scheduled for November 22, 2024.

**II.    STATEMENT OF FACTS**

**A.    Overview of Criminal Conduct**

Mr. Taylor was charged with COUNT I - Entering and Remaining in a Restricted Building, in violation of Title 18, United States Code, Section 1752(a)(1), COUNT II - Disorderly and

Disruptive Conduct in a Restricted Building or Grounds, in violation of Title 18, United States Code, Section 1752(a)(2), COUNT III - Disorderly Conduct in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(D) and COUNT IV - Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G).

On January 6, 2021, Mr. Taylor entered the United States Capitol through the Senate Wing Door and remained inside for approximately 11 minutes. Upon entry, Taylor proceeded down a hallway and walked near an open office space. At that time, Taylor had in his possession a cell phone which he used to film himself inside the Capitol. Taylor exited the Capitol through the Memorial Door on the east side of the Capitol.

### B.  Personal History

Mr. Taylor is, above all, a devoted and loving father to four children, of whom he is immensely proud. Together with his wife, Suzanne, he shares a blended family that includes their two biological children, Lily and Noah, and two stepchildren, Christopher and Ethan. Mr. Taylor and Suzanne are fully dedicated to raising all four children in a home built on love and unwavering support. Beyond his role as a father, Mr. Taylor is deeply committed to helping others, as reflected in his compassionate actions. When his two nephews were left without parents, his mother assumed full custody of the boys, and Mr. Taylor stepped in to help raise them alongside her, demonstrating his dedication to family and the well-being of others.

From an early age, Mr. Taylor faced significant challenges, growing up as one of seven children raised by a single mother in the Kensington neighborhood of Philadelphia. As the sixth child in the family, he often had to rely on his own resilience, learning to provide for and support himself from a young age. For many years, Mr. Taylor struggled with addiction, but since December 2011, he has remained fully committed to living a sober life, free of narcotics and alcohol. His journey of overcoming adversity has shaped him into a compassionate and determined individual who feels a deep responsibility to give back to those in need.

Mr. Taylor frequently returns to Kensington to support his community by volunteering at homeless shelters and soup kitchens through his church. His dedication to service extends beyond his hometown—he joined a seven (7) day mission trip to Puerto Rico as part of a 2017 Hurricane Maria relief team, delivering food and water to affected communities and helping rebuild homes destroyed by the disaster. Through his perseverance, Mr. Taylor has transformed his life into a force

for good, using his time, resources, and experiences to make a positive impact on the world around him.

Growing up in Philadelphia as part of a large family with limited resources, Mr. Taylor developed a strong sense of loyalty and responsibility toward his family, friends, and country. After graduating high school in 2001, his life was profoundly impacted by the tragic events of September 11. Deeply moved by the attacks, he felt compelled to serve his country and enlisted in the United States Air Force in 2002. Mr. Taylor completed his basic training at the Lackland air force base in San Antonio, Texas. After basic training, Mr. Taylor went on to pursue a Military Occupational Specialty of fire safety within his time in the Airforce. During Mr. Taylor's service, he was awarded a National Defense Service Medal, Global War on Terrorism Service Medal, Air Force Outstanding Unit Award, and a Basic Military Training Ribbon. Mr. Taylor served honorably for three years, separating from the military under honorable conditions in 2005.

Today, Mr. Taylor is employed by Amtrak as a track foreman, where he oversees the maintenance and repair of railway tracks, ensuring they are safe and operational for travel. In addition to his professional responsibilities, he dedicated three years to volunteering as a safety representative for Amtrak. In this unpaid role, Mr. Taylor served as an advocate for employees, addressing safety concerns and acting as a vital liaison between the workforce and the safety department. Through his military service, professional career, and volunteer work, Mr. Taylor exemplifies a commitment to the well-being of others and a dedication to making a positive impact in every role he undertakes.

In 2020, Mr. Taylor found himself distanced from the many political movements and rallies taking place as part of the democratic process. In speaking with friends and family participating in events, he felt inspired to take part in a similar gathering in the future. Unfortunately, this led to his decision to attend a rally in Washington, D.C., on January 6, 2021. Unaware of the events that would later unfold, Mr. Taylor was influenced by the heightened emotions of the day and admits he became caught up in the moment. Upon reflection, Mr. Taylor fully recognizes the seriousness of his actions on January 6th and the profound impact of that day on the nation. Mr. Taylor is deeply remorseful for his involvement and has taken meaningful steps to understand the harm caused. Since that time, he has actively sought to educate himself on civic responsibility and has engaged in efforts to contribute positively to society. Mr. Taylor remains committed to learning from this experience and to be a constructive force within his community moving forward.

As a father, husband, veteran, and dedicated employee, Mr. Taylor is deeply committed to making amends, restoring his reputation, and rebuilding trust with his family, friends, and community. He recognizes the importance of setting a positive example, especially for his young children, who range in age from 19 years to just 10 months old. Moving forward, Mr. Taylor is determined to use this experience as a catalyst for personal growth and a renewed dedication to constructive, lawful civic engagement. He looks ahead with optimism, cherishing moments with his family—coaching his son's soccer and basketball teams, sharing nightly family dinners, hosting game nights, and embracing the many blessings in his life. Above all, Mr. Taylor is committed to living with gratitude and purpose, ensuring his actions align with the values he holds dear.

### III.  CONCLUSION

Mr. Taylor is a father of four children whose poor decision to enter the Capitol Building on January 6, 2021 may cost him dearly in possible time away from the family he loves. Mr. Taylor laments his involvement in the instant offense and requests that this Court not incarcerate him.

WHEREFORE, the Defendant prays that the Court impose a just sentence consistent with Mr. Taylor's request.

Respectfully Submitted,

PAUL G. LANG, ESQUIRE
Counsel for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 0090 1:24CR00064-001 |
| vs. | : | |
| **CHRISTOPHER TAYLOR** | : | |

### CERTIFICATE OF SERVICE

I, Paul Gregory Lang, Counsel for Defendant, hereby certify that I am this day serving the foregoing document upon the person and in the manner indicated below:

AUSA Jack Burkhead
Via Email: Jack.E.Burkhead@usdoj.gov

Honorable Judge Randolph D. Moss
Via Email: Glenda_Walker@dcd.uscourts.gov

Respectfully submitted,

Date:_____

PAUL G. LANG, ESQUIRE
Counsel for Defendant